BRUCE v. BISHOP, Sheriff, *et al.*

*Appeal from Lee District Court — Friday, March* 29.

ACTION in replevin for a stock of goods and drugs. Judgment for plaintiff, from which the defendant appealed. No questions of law were discussed in the opinion, and the judgment below was affirmed as being sustained by the evidence. COLE, J., delivering the opinion.

*Gillmore & Anderson* for the appellant — *J. P. Hornish* for the appellee.

---

THE WESTERN STAGE CO. v. PARKS, Adm'r, *et al.*

*Appeal from General Term First District (Henry County) — Saturday, April* 6.

THIS case turned almost entirely upon questions of fact. No questions that would be of interest to the profession were discussed. The judgment below was reversed, and the cause remanded. MILLER, J., delivering the opinion.

*Halls & Baldwin* for the appellants — *Amblers & Babb* for the appellees.

---

GRIBBLE *et al.* v. JACKSON *et al.*

*Appeal from Decatur District Court — Friday, April* 19.

ACTION in equity to have declared and quieted 'in plaintiff the title to real property, the title to which was alleged to have been acquired and held by defendants as trustees. The case turned entirely upon questions of fact, and the judgment of the court below, denying the relief asked by plaintiffs, was affirmed as being sustained by the evidence. MILLER, J., delivering the opinion.

*Warner & Post* for the appellants — *J. S. Warner* for the appellees.